

# The Attorney General of Texas

December 31, 1985

JIM MATTOX
Attorney General

Supreme Court Building
P. O. Box 12548
Austin, TX. 78711- 2548
512/475-2501
Telex 910/874-1367
Telecopier 512/475-0266

714 Jackson, Suite 700
Dallas, TX. 75202-4506
214/742-8944

4824 Alberta Ave., Suite 160
El Paso, TX. 79905-2793
915/533-3484

1001 Texas, Suite 700
Houston, TX. 77002-3111
713/223-5886

806 Broadway, Suite 312
Lubbock, TX. 79401-3479
806/747-5238

4309 N. Tenth, Suite B
McAllen, TX. 78501-1685
512/682-4547

200 Main Plaza, Suite 400
San Antonio, TX. 78205-2797
512/225-4191

An Equal Opportunity/
Affirmative Action Employer

Gary E. Miller, M.D.
Commissioner
Texas Department of Mental
   Health and Mental Retardation
P. O. Box 12668
Austin, Texas    73711

Opinion No. JM-416

Re: Whether House Bill No. 72,
Acts 1984, 68th Leg., ch. 28, is
applicable to teachers employed
by the Texas Department of Mental
Health and Mental Retardation

Dear Dr. Miller:

You ask whether certain provisions of the Texas Education Code apply to teachers employed by the Texas Department of Mental Health and Mental Retardation. You refer specifically to the various teacher testing and certification requirements and to the career ladder salary supplements established by House Bill No. 72 of the Sixty-eighth Legislature. Acts 1984, 68th Leg., 2nd C.S., ch. 28, at 269.

Section 1.04 of the Education Code sets forth the applicability of its provisions, in part, as follows:

> (b) This code shall not apply to those facilities and institutions under the control and direction of the Texas Department of Mental Health and Mental Retardation . . . except as specifically provided in Subchapter E of Chapter 30 of this code [footnote omitted] and in Section 16.104 of this code.

Neither subchapter E of chapter 30 nor section 16.104 relate to the testing and certification requirements or to the career ladder salary supplements established by House Bill No. 72. House Bill No. 72 effected a minor change in subsection (c) of section 1.04 but left subsection (b) intact.

Consequently, we believe that the plain import of section 1.04(b) is that the amendments to the Education Code from House Bill No. 72, which relate to teacher training and certification and to career ladder salary supplements, do not apply to teachers employed in the facilities and institutions under the control and direction of the department.

S U M M A R Y

The amendments to the Texas Education Code added by House Bill No. 72 of the Sixty-eighth Legislature that relate to teacher training and certification and to career ladder salary supplements do not apply to teachers employed by the facilities and institutions under the control and direction of the Texas Department of Mental Health and Mental Retariation.

Very truly yours,

JIM MATTOX
Attorney General of Texas

JACK HIGHTOWER
First Assistant Attorney General

MARY KELLER
Executive Assistant Attorney General

ROBERT GRAY
Special Assistant Attorney General

RICK GILPIN
Chairman, Opinion Committee

Prepared by Jennifer Riggs
Assistant Attorney General